UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Arslan Mamedov**

    Plaintiff

v.                                        Civil Action No. 21-11248-NMG


**The Guardian Life Insurance Company of America, et al.**

    Defendant


SETTLEMENT ORDER OF DISMISSAL


GORTON, D.J.


    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.


                          By the Court,


1/21/2022                               /S/ Douglas Warnock
  Date                                  Douglas Warnock
                                        Deputy Clerk